UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 16-2980 |
| MARIAN K. BARONI | SECTION: "R" |

## SATISFACTION OF JUDGMENT

The judgment against Marian K. Baroni (D.E. 22), entered on March 14, 2017, has been satisfied.

Dated: March 12, 2021

        DAVID A. HUBBERT
        Acting Assistant Attorney General

        s/ Michael N. Wilcove

        _____
        MICHAEL N. WILCOVE
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 14198
        Washington, D.C.  20044
        Attorney for Plaintiff
        T: (202) 514-6474
        F: (202) 514-4963
        Michael.N.Wilcove@usdoj.gov

Of Counsel:

DUANE A. EVANS
Interim United Sates Attorney

16817338.1

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, on March 12, 2021, the foregoing was served on counsel for defendant through the Court's e-filing system.

/s/Michael N. Wilcove
MICHAEL N. WILCOVE

- 2 -